RECEIVED
IN ALEXANDRIA, LA.
DEC 23 2009
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| **WILLIAM HERRINGTON (#121183)** | DOCKET NO: 09-CV-785; SEC. P |
| **VERSUS** | JUDGE DEE D. DRELL |
| **WARDEN MARTIN, ET AL.** | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint be and is hereby **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous and failing to state a claim for which relief can be granted pursuant to 28 U.S.C. §1915(e)(2)(b).

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 22nd day of December, 2009.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE